

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | December 17, 2025 |
| U.S. v. KAINA ANDREA ANGULO-PARRA, YEITCKER A. PEREZ MARTINEZ, and JULIANNYS BEATRIZ DELGADO MAESTRE, | |
| 8:25CR241 | |
| To | From |
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | AUSA Sean P. Lynch |

Be advised that two of the above-named defendants are in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☐ Unseal the Indictment and any underlying Magistrate Judge case

☐ Unseal the Magistrate Judge case

☒ Unseal the Indictment but any underlying Complaint and Affidavit should remain

**Restricted**

☐ Unseal the Magistrate Judge case but the underlying Complaint and Affidavit

should remain **Restricted**